Eastern District of Kentucky
**FILED**

AUG 22 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

**UNITED STATES OF AMERICA**

V.

**DANA NEAL HOWARD**

INDICTMENT NO. 6:24-CR-053-CHB
21 U.S.C. § 841(a)(1)

* * * * *

**THE GRAND JURY CHARGES:**

On or about April 18, 2024, in Harlan County, in the Eastern District of Kentucky,

**DANA NEAL HOWARD**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 40 grams or more of a mixture or substance containing a detectible amount of fentanyl, both Schedule II controlled substances, all in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

███████████████

**FOREPERSON**

_____
**CARLTON S. SHIER, IV
UNITED STATES ATTORNEY**

## PENALTIES

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.